## REFEREES.

### No. 1.

#### JEWELL *against* CATLIN. *Franklin*, 1818.

THIS cause had been referred, and at this time a report of the referees, in favor of the plaintiff, was offered for acceptance.

Defendant excepted on the ground of the insufficiency of the declaration.

The Court over-ruled the exception and rendered Judgment on the report.

### No. 2.

#### KEELER *against* BEERS. *Chittenden*, 1818.

REPORT of referees offered for acceptance.

*Exceptions*—That the report was founded on mistake of the referees as to the principles of law, and that the referees had refused to order an assignment which was equitable.

The Court decided, that they would not hear any exceptions to the report, other than such as shewed partial and corrupt conduct in the referees.

The report was accepted and Judgment rendered thereon: See Executors and Administrators 11.

RELEASE—See Distribution 3.

## REPLEVIN.

### No. 1.

#### TAGGART *against* HART. *Windham*, 1816.

AN action of replevin cannot be sustained as an adversary suit, to wit, to try the right of property.